PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Transferring Court)* |
|---|
| CR-23-00187-001-TUC-JAS (EJM) |

| DOCKET NUMBER *(Receiving.Court)* |
|---|
| 2:25-cr-00192-APG-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Eduardo Neri Martinez | District of Arizona | 4: Tucson |

| NAME OF SENTENCING JUDGE |
|---|
| James A. Soto, United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/8/2024 | TO 11/7/2027 |
|---|---|---|

**OFFENSE**
Importation of Fentanyl, Importation of Heroin, Importation of Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The Probation Office in the District of Nevada has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Eduardo Neri Martinez, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 16, 2025
Date

/s/ James A. Soto
James A. Soto
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 1, 2025
Effective Date

_____
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Eduardo Neri Martinez

Case No.: **2:25-cr-00192-APG-NJK-1**

**REQUEST ACCEPTANCE OF JURISDICTION**

June 25, 2025

TO:   The Honorable U.S. District Judge

The purpose of this correspondence is to request the acceptance of Transfer of Jurisdiction in the above-named case. On October 4, 2025, Mr. Eduardo Neri Martinez was sentenced in the District of Arizona by the Honorable Judge James A Soto to 30 months custody, followed by a three (3) year term of supervised release for committing the offense of Importation of Fentanyl, Importation of Heroine, and Importation of Methamphetamine.

Mr. Martinez commenced supervision on November 8, 2025, in the District of Nevada. Mr. Martinez has familial ties within the District of Nevada and intends to remain in the supervising district for the duration of her case.

At this time, we are requesting the jurisdiction of her case be accepted in the District of Nevada. The Honorable Judge James A Soto has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction (Prob 22) form. Should the Court agree with this request, please sign the attached Prob 22.

Respectfully submitted,

Digitally signed by Javier Muruato-Cortez
Date: 2025.06.27 15:18:12 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.06.27 15:06:06 -07'00'

Joy Gabonia
Supervisory United States Probation Officer